543 U.S. 968
 GONZALES-VELASQUEZ
v.
UNITED STATES;
DAMIAN-GARCIA
v.
UNITED STATES;
OLIVA-BANEGAS
v.
UNITED STATES;
GONZALEZ-JIMENEZ
v.
UNITED STATES;
AGUILERA-GUERRERO, AKA RANGEL
v.
UNITED STATES;
BANEGAS-SANCHEZ
v.
UNITED STATES; and
RANGEL-RENDON
v.
UNITED STATES.
 No. 04-6397.
 Supreme Court of United States.
 November 1, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 101 Fed. Appx. 465 (second judgment) and 546 (fifth judgment); 102 Fed. Appx. 851 (first judgment); 104 Fed. Appx. 1000 (third judgment); 105 Fed. Appx. 637 (seventh judgment); 108 Fed. Appx. 879 (fourth judgment) and 880 (sixth judgment).